Elliott M. Kroll (EK 9953)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Respondent
*Deutsche Rückversicherung AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CAJA NACIONAL DE AHORRO Y SEGUROS
IN LIQUIDATION; ARGENTINE NATIONAL
TREASURY; and REINSURANCE NATIONAL
INSTITUTE,

          Petitioners,

- against -

DEUTSCHE RÜCKVERSICHERUNG AG,

          Respondent.

------------------------------------x

Case No.: 1:06-cv-05826-PKL

**NOTICE OF DEUTSCHE RÜCKVERSICHERUNG AG'S CROSS-MOTION TO CONFIRM ARBITRATION AWARD UNDER 9 U.S.C. § 207**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law In Support Of Deutsche Rückversicherung AG's Cross-Motion To Confirm Arbitration Award Under 9 U.S.C. § 207, the accompanying Answer To Petition To Vacate Or Modify Arbitration Award And Deutsche Rückversicherung AG's Cross-Motion To Confirm and exhibit thereto, and all other papers filed in this action, Respondent Deutsche Rückversicherung AG ("Deutsche Ruck"), by and through its attorneys, Herrick, Feinstein LLP, hereby move the Court pursuant to 9 U.S.C. § 207 to confirm the subject arbitration award, before the Honorable Peter K. Liesure, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York.

Dated: New York, New York
       September 28, 2006

HERRICK, FEINSTEIN LLP

By: *[signature]*
Elliott M. Kroll (EK-9953)

2 Park Avenue
New York, New York 10016
(212) 592-1400

Attorneys for Respondent
Deutsche Rückversicherung AG

TO: GLEASON & KOATZ, LLP
John P. Gleason, Esq.
230 Park Avenue
New York, New York 10169
(212) 986-1544
*Attorneys for Petitioners*